DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

FILED

NOV - 1 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-15-00427-BLF |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| SATYANARAYANA TOTA, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Satyanarayana Tota without prejudice.

DATED: 10/31/2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/_____
HALLIE HOFFMAN
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against Satyanarayana Tota without prejudice. Furthermore, the Court vacates the status hearing currently scheduled for November 12, 2019 at 9:00 AM as to this defendant.

Date: Oct 31, 2019

HON. BETH L. FREEMAN
United States District Judge

NOTICE OF DISMISSAL
No. CR 15-00427-BLF

v.